**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: May 10, 2017**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 13-12919 |
| | JUDGE Jeffery P. Hopkins |
| CHRISTOPHER HARTSFIELD | CHAPTER 13 |
| HEIDI HARTSFIELD | |
| | |
| Debtors | ORDER GRANTING DEBTORS' MOTION TO APPROVE PERMANENT MORGTAGE LOAN MODIFICAITON (DOC.79  ) |

   This matter is before the Court pursuant to the Debtors' Motion to
Approve Permanent Mortgage Loan Modification (Doc.79).

Trustee will not pay on Mortgagee's, Ocwen Loan Servicing, prepetition
mortgage arrearage claim.

In authorizing the Debtors to enter into the Loan Modification Agreement, the
Court is making no finding as to the merits of the Loan Modification
Agreement, including whether the Loan Modification Agreement is in the best
interests of the Debtor(s).

The Court shall exercise jurisdiction over any matter pertaining to the Loan
Modification Agreement only to the extent consistent with the jurisdiction
and authority granted to it by the laws of the United States.


/s/Jayma C. Bagliore
O'Connor, Acciani and Levy
Jayma C. Bagliore-0008844

SO ORDERED.

Copies to: Default List
+ Ocwen Loan Servicing
   1661 Worthington Road Ste 100
   West Palm Beach, FL 33409

###