**Fill in this information to identify the case:**

Debtor 1    Christopher M. Hartsfield

Debtor 2    Heidi M. Hartsfield
(Spouse, if filing)

United States Bankruptcy Court for the: Southern     District of Ohio
                                                                                                                         (State)

Case number:   13-bk-12919

Official Form 4100R

# Response to Final Cure Payment      10/15

**According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:** US Bank National Association, as Successor Trustee, to Bank of America, National Association, successor by merger to LaSalle National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-4

**Court Claim no.** (if known) 5 & 7

**Last 4 digits of any number you use to identify the debtor's account:** XXXXXX5685

**Property address:** 5435 Amanda's Oak Court
Number     Street

Cincinnati, OH 45248
City           State    Zip Code

## Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:      $ _____

## Part 3: Postpetition Mortgage Payment

*Check One:*

☐ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor is on: _____
MM/ DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a. Total postpetition ongoing payments due:     (a) $560.11
b. Total fees, charges, expenses, escrow, and costs outstanding:     (b) _____
c. **Total**. Add lines a and b.     (c) $5,934.70
Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payments that first became
due on:        03/01/2018    *** Partial payment for 03/01/2018 due. Next full payment due is 04/01/2018.
                                      MM / DD / YYYY

| Debtor 1 | Christopher M. Hartsfield | Case number: 13-bk-12919 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it.  The response must be filed as a supplement to the creditor's proof of claim..

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Matthew Murtland     Date: June 18, 2018
   Signature

**Print:** Matthew Murtland, Esq.     Title: Attorney for Creditor
   First Name  Middle Name  Last Name

**Company** Shapiro, Van Ess, Phillips & Barragate, LLP

**Address** 4805 Montgomery Road, Suite 320
   Number  Street

   Norwood, OH 45212
   City        State  ZIP Code

**Contact phone** (513) 396-8100     Email: mmurtland@logs.com

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on

Date: June 18, 2018

Chapter 13 Trustee: Margaret A. Burks

Trustee Address: 600 Vine Street, Suite 2200, Cincinnati, OH 45202

Trustee Email:

Debtor's Counsel Name: Henry D. Acciani and Jayma Bagliore

Debtor's Counsel Address: 600 Vine Street, Suite 1600, Cincinnati, OH 45202 and 600 Vine Street, Suite 1600, Cincinnati, OH 45202

Debtor's Counsel Email: rje@oal-law.com

Debtor 1 Name: Christopher M. Hartsfield

Debtor's Mailing Address: 5435 Amanda's Oak Court, Cincinnati, OH 45248

Debtor Email:

Debtor 2 Name: Heidi M. Hartsfield

Debtor's Mailing Address: 5435 Amanda's Oak Court, Cincinnati, OH 45248

Debtor Email:

/s/ Matthew Murtland
Matthew Murtland
Shapiro, Van Ess, Phillips & Barragate LLP

| due date | due amt | rcvd date | rcvd amt |
|---|---|---|---|
| 4/1/2017 | 1841.99 | trustee paid | 12893.93 |
| 5/1/2017 | 1841.99 | trustee paid | 4543.95 |
| 6/1/2017 | 1841.99 | trustee paid | 2315.85 |
| 7/1/2017 | 1841.99 | trustee paid | 1689.12 |
| 8/1/2017 | 1841.99 | | |
| 9/1/2017 | 1841.99 | | |
| 10/1/2017 | 1841.99 | | |
| 11/1/2017 | 1841.99 | | |
| 12/1/2017 | 1841.99 | | |
| 1/1/2018 | 1841.99 | | |
| 2/1/2018 | 1791.53 | | |
| **3/1/2018** | due | | |
| 4/1/2018 | | | |
| 5/1/2018 | | | |
| 6/1/2018 | | | |
| 7/1/2018 | | | |
| total | **20211.43** | | **21442.85** |

**delinquent payments**

| | |
|---|---|
| **3/1/2018** | 1791.53 |
| 4/1/2018 | 1791.53 |
| 5/1/2018 | 1791.53 |
| 6/1/2018 | 1791.53 |
| 7/1/2018 | |
| total | **7166.12** |